ANDREW E. MONACH (CA SBN 87891)
AMonach@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
RED HAT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEV O. KARASULU dba SAFEHAUS,<br><br>Plaintiff,<br><br>v.<br><br>RED HAT, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:11-CV-02219-EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** ; ORDER<br><br>Hon. Edward M. Chen |

Pursuant to Local Rule 6-1(a), Defendant Red Hat, Inc. ("Red Hat") and Plaintiff Alev O. Karasulu dba Safehaus ("Karasulu") hereby stipulate to extend the time for Red Hat to answer or otherwise respond to Karasulu's Complaint, filed May 6, 2011 in the above-captioned matter, by twenty-one (21) days. This extension will not alter any dates or deadlines in the Court's Scheduling Order. Pursuant to Local Rule 6-1(a), no order on this stipulation is required.

1  IT IS STIPULATED AND AGREED that Red Hat's time to move, answer, or otherwise respond to Karasulu's Complaint is hereby extended to July 29, 2011.

Dated:  June 23, 2011

Dated:  June 23, 2011

*/s/ Nathan B. Sabri*
NATHAN B. SABRI
NSabri@mofo.com

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
Red Hat, Inc.

*/s/ Michael B. Einschlag*
MICHAEL B. EINSCHLAG
mbeinschlag@rosenlaw.com

ROSENLAW & EINSCHLAG
25680 Fernhill Drive
Los Altos Hills, CA 94024
Telephone: (650) 949-2267
Facsimile: (707) 485-1243

Attorneys for Plaintiff
Alev O. Karasulu dba Safehaus

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District

*IT IS SO ORDERED*
*Judge Edward M. Chen*

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45 X.B.** |
| 2 | I, Nathan B. Sabri, am the ECF User whose ID and password are being used to file this |
| 3 | Stipulation to Extend Time to Respond to Complaint.  In compliance with General Order 45, |
| 4 | X.B., I hereby attest that Michael B. Einschlag has concurred in this filing. |

Dated:  June 23, 2011                                      MORRISON & FOERSTER LLP

*/s/ Nathan B. Sabri*
NATHAN B. SABRI
NSabri@mofo.com